UNITED STATES DISTRICT COURT
SOUTHISN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CHARLES R. SHANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:16-cv-01856-JMS-MJD |
| | ) | |
| NANCY A. BARRYHILL, Acting Commissioner of the Social Security Administration,[1] | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**Order Adopting Report and Recommendation**

The Magistrate Judge submitted his Report and Recommendation on Plaintiff's Complaint for Judicial Review, dkt [13]. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

Date: 7/7/2017

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

---

[1] Nancy A. Berryhill is substituted for Carolyn W. Colvin as the nominal defendant pursuant to Federal Rule of Civil Procedure 25(d).

1